| Hit Date UTC | Filename |
|---|---|
| 04/18/2013 | DeJoHanMeth |
| 04/18/2013 | My.Little.Pussy.DISC2.XXX.DVDRip.x264-DoggPound[rarbg] |
| 04/18/2013 | Snow White and the Huntsman 2012 DVDRip XviD-SPARKS |
| 04/18/2013 | x-art_presley_logan_rose_petals_720.wmv |
| 04/18/2013 | Babes - So Right - Veronica Rodriguez [1080p].mp4 |
| 04/18/2013 | 100% Prime Grade A Meat 2 |
| 04/18/2013 | Jack Reacher (2012) [1080p] |
| 04/15/2013 | Windows 7 Ultimate SP1 x86 en-US Pre-Activated Apr2013 |
| 04/15/2013 | Robert Ludlum's The Utopia Experiment [  (78) |
| 04/12/2013 | Beautiful Amateur Girl Sucks Dick and Awesome.Fuck |
| 04/11/2013 | dso2013-01-08_960.mp4 |
| 04/11/2013 | WowGirls.13.04.17.Lollypop.Love.These.Lips.XXX.1080p.MP4-KTR[rarbg] |
| 04/11/2013 | TeenSexMania.13.04.06.Juliya.XXX.720p.WMV |
| 04/11/2013 | best_new_starlets_2012_540p_no_smoking_to_pornolab.net |
| 04/11/2013 | Young Amateur Student Awesome Private Porn Video.avi |
| 04/11/2013 | Joymii.13.04.06.Amirah.A.Young.Love.XXX.720p.MOV |
| 04/11/2013 | 18onlygirls - A Special Gift - Louisie [1080p].mp4 |
| 04/08/2013 | KT Tunstall - The Videos x3 [mpeg SkidVid] |
| 04/08/2013 | Sport.Fucking.11.XXX.DVDRiP.x264-PORNOLATiON |
| 04/08/2013 | crack_fuckers_3_540p_no_smoking_to_pornolab.net |
| 04/07/2013 | PureCFNM.13.04.05.Ruined.Presentation.XXX.720p.MP4-KTR[rarbg] |
| 04/07/2013 | Christina Jolie - The Magic Slipper 450p.mp4 |
| 04/07/2013 | s1308_warm_embrace_sd.mov |
| 04/07/2013 | x-art_gianna_apartment4_720.mov |
| 04/07/2013 | Breakin.Em.In.18.XXX.DVDRiP.x264-PORNOLATiON |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 04/07/2013 | ExploitedCollegeGirls - Duke University - Taylor.wmv |
| 04/06/2013 | Iron.Man.Rise.Of.Technovore.2013.WEBRip.XviD-ViP3R |
| 04/06/2013 | ExploitedCollegeGirls.13.04.04.Taylor.3.XXX.HR.WMV-KTR[rarbg] |
| 04/06/2013 | tngfjennibruce.mp4 |
| 04/06/2013 | Turbo Tax Home and Business 2012 |
| 04/06/2013 | TonightsGirlfriend.13.04.05.Jenni.Lee.XXX.1080p.MP4-KTR[rarbg] |
| 04/05/2013 | Acronis True Image Home 2013 16.0 Build 6514 |
| 04/05/2013 | TheREALGuidetoFindingSexOnline.pdf |
| 04/03/2013 | Consumer Reports - 101 SECRETS FROM OUR EXPERTS - Shortcuts,Tips,Tricks and Savings (May 2013) |
| 04/03/2013 | I Am Number Four |
| 04/03/2013 | Consumer Reports - May 2013 |
| 04/02/2013 | Camel - Moonmadness |
| 04/02/2013 | SeventeenVideo - Alice [720p].wmv |
| 04/02/2013 | MassageRooms.13.04.25.Gina.And.George.XXX.1080p.MP4-KTR[rarbg] |
| 04/02/2013 | Babes - Take Me There - Rylie Richman [720p].mp4 |
| 04/02/2013 | Asami.Ogawa.PGD-641.Jav.Censored.DVDRip.XviD-MotTto[rarbg] |
| 04/02/2013 | Windows 8 - Expert Tips and Tricks 2013 |
| 04/02/2013 | X-Art - Featherlight - Alice [1080p].mp4 |
| 04/02/2013 | Orgasms - Somewhere Somehow - Gina [1080p].mp4 |
| 04/01/2013 | The Complete Photo Guide to Great Sex.epub |
| 03/29/2013 | Pitch Perfect (2012) BR2DVD nl subs NLtoppers |
| 03/29/2013 | Babes - Just The Tip - Natasha Malkova [720p].mp4 |
| 03/29/2013 | ExploitedCollegeGirls.13.03.28.Tara.2.XXX.HR.WMV-KTR[rarbg] |
| 03/29/2013 | X-Art - I Love X-Art - Kaylee aka Candice Luca [720p].mp4 |
| 03/27/2013 | Father.Figure.3.XXX.DVDRiP.x264-DivXfacTory |

EXHIBIT C
EPA137

| Hit Date UTC | Filename |
|---|---|
| 03/27/2013 | SKYFALL (2012) DVDRip XviD AC3 - BRAVO |
| 03/27/2013 | Father Figure 3 - Presley Hart.mp4 |
| 03/26/2013 | v400014 - Beata Undine_1080.wmv |
| 03/26/2013 | Surfer Girls 3 |
| 03/26/2013 | 21Sextury - Dreaming - Beata Undine [720p].wmv |
| 03/26/2013 | PureMature - Special Delivery - Abbey Brooks [720p].mp4 |
| 03/26/2013 | WowPorn.13.03.27.Cindy.Riding.My.Favourite.One.XXX.1080p.MP4-KTR[rarbg] |
| 03/26/2013 | X-Art - Circles Of Bliss.Addison |
| 03/26/2013 | ExploitedTeens 22-03-2013.wmv |
| 03/26/2013 | PureMature - Big Dreams - Tiffany [720p].mp4 |
| 03/26/2013 | [GloryholeSwallow.com] |
| 03/26/2013 | [ www.Speed.Cd ] - Modern.Family.S03E02.When.Good.Kids.Go.Bad.720p.BluRay.x264-mSD |
| 03/26/2013 | Shelby.Wakatsuki.XV-1103.Jav.Censored.DVDRip.XviD-MotTto |
| 03/26/2013 | TMUMFB234.avi |
| 03/26/2013 | Young.Massage.Parlor.Girls.2.XXX.DVDRip.x264-Pr0nStarS |
| 03/26/2013 | X-Art.13.03.24.Baby.Afternoon.Snack.XXX.1080p.MP4-KTR[rarbg] |
| 03/24/2013 | Pitch Perfect (Original Motion Picture Soundtrack) [Special Edition] |
| 03/23/2013 | Jailbait 8 - DVDRip |
| 03/23/2013 | Bruno Mars - Unorthodox Jukebox (iTunes Deluxe Version) 2012 320kbps CBR MP3 [VX] [P2PDL] |
| 03/23/2013 | Free.Throw.2012.DVDRIP-EDAW2013.avi |
| 03/23/2013 | 18YearsOld - Looking Glass - Lacey Channing [720p].wmv |
| 03/23/2013 | Swimsuit Calendar Girls 2011 - DVDRip |
| 03/23/2013 | 18OnlyGirls.13.03.19.Lorena.Ass.Attack.XXX.1080p-chkm8te.mp4 |
| 03/22/2013 | DriverPack Solution 13 R317 Final+Driver Packs 13.03.2 Full Edition [WwW.LoKoTorrents.CoM] |
| 03/21/2013 | heyzo_lt_0275_full.mp4 |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 03/21/2013 | Tokyo-Hot - Bakunyu Pretty Girl - Momo.Fukada |
| 03/21/2013 | WowGirls.13.03.20.Connie.A.Busty.Takes.A.Biggie.XXX.1080p.MP4-KTR[rarbg] |
| 03/20/2013 | Passion-HD - Date Movie - Lily.mp4 |
| 03/20/2013 | OX - 2013-03-19 - Carla Cox - So Hard For You |
| 03/20/2013 | lst_maggie_roze_480p_2000.mp4 |
| 03/20/2013 | The Grandmasters 2013 720p WEBRip x264 AC3-JYK |
| 03/20/2013 | Connie_A_Busty_Takes_A_Biggie_SD.mp4 |
| 03/20/2013 | mdhgkikijohnny_qt.mp4 |
| 03/20/2013 | mdhgadrianalevi_1080.mp4 |
| 03/16/2013 | Flipped (2010) BDRip 720p DTS multisub HighCode |
| 03/16/2013 | Pure.Girls.From.Europe.4.XXX.DVDRip.x264-UPPERCUT |
| 03/16/2013 | TrickyMasseur.13.03.15.Zubaydat.XXX.720p.WMV-SEXORS[rarbg] |
| 03/16/2013 | Orgasms.13.03.14.Connie.Steak.And.Blowjob.XXX.1080p.x264-SEXORS[rarbg] |
| 03/16/2013 | Father.Figure.3.XXX.DVDRiP.x264-DivXfacTory |
| 03/16/2013 | MP3 NEW RELEASES 2013 WEEK 10 |
| 03/15/2013 | HDLove.13.03.14.Kiera.In.The.Mood.XXX.1080p.MP4-KTR[rarbg] |
| 03/15/2013 | Lets.Have.Sex.With.Me.JAV.Uncensored.DVDRip.x264-APX |
| 03/15/2013 | My Friends Hot Girl - Maddy O'Reilly HD 1080p |
| 03/15/2013 | babes_bg_aneta_j_1080p_6000.mp4 |
| 03/15/2013 | x-art_kiera_seth_late_for_work_720.mp4 |
| 03/15/2013 | The Smaller The Better 2 |
| 03/15/2013 | Nikita_Keep_It_Deeper_SD.mp4 |
| 03/15/2013 | VA - Legends Classic Soul [Soul][2005][www.pctrecords.com] |
| 03/15/2013 | RealExGirlfriends - Pumping Orgasms - Karlie Montana [720p].wmv |
| 03/15/2013 | Tokyo-Hot - Upper RQ Cock Lover - Yu Matsuoka [Uncensored].avi |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 03/13/2013 | RED171.mp4 |
| 03/13/2013 | Creampie-Angels.13.03.13.Zubaydat.XXX.720p.WMV-SEXORS[rarbg] |
| 03/13/2013 | v400023 - Vanda Lust.mp4 |
| 03/13/2013 | Dillion Harper_Wet Massage_750.mp4 |
| 03/13/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/11/2013 | Windows 8 Extreme Edition R2 2013 (64 bit) |
| 03/10/2013 | Spiderman Windows Theme |
| 03/10/2013 | DRPSu13-Final.iso |
| 03/10/2013 | Les Misérables (2012) |
| 03/08/2013 | CompTIA A+ Certification Exam Guide, 8ed (220-801 and 220-802).PlentyofBooks.net.rar |
| 03/08/2013 | X-Art  Beatrice 540p |
| 03/08/2013 | Kendall Karson_Morning Bloom_1920.wmv |
| 03/08/2013 | X-Art.13.03.06.Mia.M.Red.Satin.XXX.1080p.MP4-KTR[rarbg] |
| 03/08/2013 | Livia_Cum_For_Me_HD.mp4 |
| 03/08/2013 | 18YearsOld - Bed Head - Lacey.Channing |
| 03/08/2013 | WowPorn - A Whole In My Mouth.Sandy |
| 03/08/2013 | 18OnlyGirls.13.03.07.Addison.Explore.My.Hole.XXX.1080p.MP4-KTR[rarbg] |
| 03/08/2013 | !! (industrial automation) PLC Communications in a Process Control System.pdf |
| 03/08/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 03/08/2013 | 18XGirls - Aliya Gets More Than Just A Massage [1080p].wmv |
| 03/08/2013 | Orgasms.13.03.07.Aleska.Feel.My.Warmth.XXX.1080p.MP4-KTR[rarbg] |
| 03/08/2013 | ExploitedCollegeGirls.13.03.07.Emma.2.XXX.HR.WMV-KTR[rarbg] |
| 03/08/2013 | RealExGirlfriends.13.03.05.Gina.Gerson.Thick.Dick.Seduction.XXX.720p.WMV-ALTAiR[rarbg] |
| 03/08/2013 | WowGirls - Nubile Films Monday Love Song - Penelope aka.Henessy |
| 03/07/2013 | Watch Series by Sergei Lukyanenko |

EXHIBIT C
EPA137

| Hit Date UTC | Filename |
|---|---|
| 03/07/2013 | Car and Driver - 25 CARS WORTH WAITING FOR ! + HOW TO GET A GREAT USED CAMARO + $30,000 BENZ ! (April 2013).zip |
| 03/07/2013 | [ www.UsaBit.com ] - Maxim USA - Hottest New Tech 2013.pdf |
| 03/07/2013 | Secrets of a Supersexpert by Tracey Cox |
| 03/06/2013 | Consumer Reports (USA) -  Best and Worst Cars For 2013 (April 2013) .zip |
| 03/05/2013 | Malwarebytes Anti-Malware v1.70.0.1100 + Serial-FFF |
| 03/04/2013 | Malwarebytes Anti-Malware PRO 1.70.0.1100 Multilenguaje Portable Preactivado.rar |
| 03/03/2013 | VA Light Erotic Songs (2013) [WwW.LoKoTorrents.CoM] |
| 03/02/2013 | Innocent.Cuties.XXX.DiSC1.DVDRip.x264-SWE6RUS[rarbg] |
| 03/02/2013 | Teens.In.Tight.Jeans.3.mp4 |
| 03/02/2013 | VA-101 One Hit Wonders (2012) 320Kbit(mp3) DMT |
| 03/02/2013 | Teens In Tight Jeans |
| 03/02/2013 | Brazzers.Fans.Choice.200th.XXX.DVDRip.x264-Jiggly |
| 03/02/2013 | Big.Dick.in.a.Little.-.Chick.3.XXX.DVDRip.x264-Pr0nStarS.mp4 |
| 03/02/2013 | Tokyo-hot - Body Offer Model - Ai Nanao [Uncensored].avi |
| 03/01/2013 | Maicol Y Manuel - El Desquite (2005) - Reggaeton - www.LimiteVCD.com |
| 03/01/2013 | X.Art.Lexi.Belle.Ready.for.Bed.XXX.pornalized.com.avi |
| 03/01/2013 | X-Art.13.03.01.Kaylee.Mad.Passion.XXX.1080p.MP4-KTR[rarbg] |
| 02/28/2013 | Teamviewer.v8.0.16642.Professional-RiF |
| 02/28/2013 | Tokyo-hot - Semen Announcer - Anri Sugisaki [Uncensored].mp4 |
| 02/26/2013 | Too.Small.To.Take.It.All.5.XXX.DVDRip.x264 |
| 02/26/2013 | MassageCreep.13.02.25.Natalia.Starr.My.Turn.XXX.720p.WMV-SEXORS[rarbg] |
| 02/26/2013 | 18YearsOld - Hot Facial Dreams - Natalia Starr [720p].wmv |
| 02/23/2013 | x-art_kaylee_apartment_in_madrid_720-chkm8te.mp4 |
| 02/23/2013 | [Babes] Giselle Leon (Deep Tissue).mp4 |
| 02/23/2013 | s1280_just_you_in_me_sd.mov |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 02/23/2013 | babes_bg_sophie_lynx_480p_1500.mp4 |
| 02/23/2013 | babes_bg_giselle_leon03_480p_1500.mp4 |
| 02/23/2013 | Orgasms XXX  Celine and Martin |
| 02/23/2013 | babes_bg_angelica_saige__480p_1500.mp4 |
| 02/23/2013 | JM - 2013-02-15 - Ella M. - Cumming Home |
| 02/23/2013 | tps.hloe.teen.time.720.wmv |
| 02/23/2013 | Lena - Lena (2006).rar |
| 02/23/2013 | The Secrets of Great G-Spot Orgasms and Female Ejaculation - The Best Positions and Latest Techniques for Creating Powerful, Long-Lasting, Full-Body Orgasms -Mantesh |
| 02/23/2013 | Superior_Spider-Man_003_(2013)_(digital-TheGroup).cbr |
| 02/23/2013 | X-Art.13.02.22.Lia.Black.And.White.XXX.1080p.MP4-KTR[rarbg] |
| 02/23/2013 | YoungLegalPorn.13.02.22.Kitana.A.A.Mutual.Love.Story.XXX.1080p.x264-SEXORS[rarbg] |
| 02/23/2013 | Superior Spider-Man 001 (2013) (digital-TheGroup).cbr |
| 02/23/2013 | Passion-HD - Lacey - Secret Valentine - Feb 2013.mp4 |
| 02/23/2013 | Mia_Flexible Arrangement_950.mp4 |
| 02/23/2013 | Passion-HD  Chloe Foster |
| 02/23/2013 | prnfle1727x.wmv |
| 02/22/2013 | Garth Brookes - Ultimate Greatest Hits 2CD [Bubanee] |
| 02/22/2013 | Nova 001 (2013) .cbr |
| 02/20/2013 | Vampire Hunter D manga |
| 02/18/2013 | The 3 Best Secrets for Adult Dating (RRP- $150).pdf |
| 02/16/2013 | EroticStories |
| 02/16/2013 | What Car - March 2013 |
| 02/11/2013 | Epub Dump - 9th February 2013 [cookie429] |
| 02/11/2013 | Epub Dump - 8th February 2013 [cookie429] |
| 02/11/2013 | Reflux-2004-The Illusion Of Democracy.rar |

EXHIBIT C
EPA137

| Hit Date UTC | Filename |
|---|---|
| 02/11/2013 | Webuser - Get Faster Wi-Fi Wherever You Are For Free (07 February 2013) |
| 02/11/2013 | [ www.Speed.Cd ] - EPL.2012.12.01.West.Bromwich.Albion.Vs.Stoke.City.720p.HDTV.x264-W4F |
| 02/11/2013 | 18XGirls.13.01.04.Demida.Hardcore.XXX.1080p.WMV-AN4L[rarbg] |
| 02/11/2013 | The.Guillotines.2012.BluRay.720p.AC3.2Audio.x264-CHD |
| 02/11/2013 | The Twilight Samurai-720p MP4 AAC x264 BRRip 2002-CC |
| 02/11/2013 | Yoga Heals Your Back - 10-Minute Routines that End Back and Neck Pain |
| 02/10/2013 | 18YearsOld - Poolside Fire - Dani Jensen [720p].wmv |
| 02/08/2013 | Consumer Reports - March 2013 (gnv64).pdf |
| 02/08/2013 | Epub Dump - 5th February 2013 [cookie429] |
| 02/07/2013 | Orgasms  Daria, George |
| 02/07/2013 | !!! Belga 3 !!! |
| 02/07/2013 | Orgasms  Lola amp Tommy |
| 02/07/2013 | s1280_just_you_in_me_sd.mov |
| 02/07/2013 | x-art_connie_sacred_romance_1080.mov |
| 02/07/2013 | RonHarris.13.01.31.Alexis.Adams.Sweet.Orgasms.XXX.1080p.WMV-OHRLY[rarbg] |
| 02/07/2013 | babes_bg_erica_fontes03_720p_4000.mp4 |
| 02/07/2013 | s1275_sweet_dreams_sd.mov |
| 02/06/2013 | Kevin Hearne - Iron Druid Chronicles |
| 02/06/2013 | Her Sweet Hand - Olivia La Roche |
| 02/05/2013 | Graphic Novels, Hardcovers and Trade Paperbacks |
| 02/05/2013 | Olivia La Roche from My Sexy Kittens |
| 02/05/2013 | Even More Graphic Novels, Hardcovers and Trade Paperbacks |
| 02/05/2013 | More Graphic Novels, Hardcovers and Trade Paperbacks |
| 02/04/2013 | Epub Dump - 1st February 2013 [cookie429] |
| 02/04/2013 | Unleash Your Telekinetic Ability.pdf |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 02/02/2013 | Skyfall.2012.720p.BluRay.x264-DAA [PublicHD] |
| 02/02/2013 | DRP.iso |
| 02/02/2013 | SONY Movie Studio Platinum v12.0.575-576 [Multilenguaje][WwW.LoKoTorrents.CoM] |
| 02/02/2013 | Epub Dump -27th January 2013 [cookie429] |
| 02/02/2013 | Skyfall (2012) |
| 02/01/2013 | passion-hd_ella_lsd_750.mp4 |
| 02/01/2013 | Aria.Salazar.Ass.of.Aria.Pure18.2012_iyutero.com.mp4 |
| 02/01/2013 | Resident Evil Retribution (2012) 3D 1080p BD-Rip Dual Audio [Eng(5.1)-Hindi] {JHA SONS} |
| 02/01/2013 | babes_bg_madison_chandler_720p_4000.mp4 |
| 02/01/2013 | passion-hd_Lacey_yar_750.mp4 |
| 02/01/2013 | Veronica.Rodriguez.Love.By.The.Sea.Babes.2013.HD_iyutero.com.mp4 |
| 02/01/2013 | Aria Salazar - Prince Of The Full Moon HD 1080p |
| 02/01/2013 | babes_bg_erica_fontes03_720p_4000.mp4 |
| 02/01/2013 | The.Man.with.the.Iron.Fists.2012.UNRATED.720p.BluRay.X264-AMIABLE [PublicHD] |
| 02/01/2013 | Thor Legend of The Magical Hammer 2013 LIMITED DVDRip Xvid AC3 UnKnOwN |
| 02/01/2013 | lst_aria_salazar_480p_1000-chkm8te.mp4 |
| 02/01/2013 | Aria.Salazar.Come.On.Home.TwistysHard.2013_iyutero.com.wmv |
| 02/01/2013 | Jack Reacher (2012).XviD.AC3.FrouchY |
| 02/01/2013 | Babes.13.01.28.Riley.Steele.Love.Encounter.XXX.1080p.x264-SEXORS |
| 02/01/2013 | Pure18 Aria Salazar |
| 01/29/2013 | Erotic Stories.pdf |
| 01/27/2013 | Hara-Kiri.Death.of.a.Samurai.2011.720p.BluRay.x264-GECKOS [PublicHD] |
| 01/24/2013 | Epub Dump - 19th January 2013 [cookie429] |
| 01/24/2013 | passion-hd-leony-fruits-of-passion-avi-xxx.avi |
| 01/23/2013 | Epub Dump - 15th January 2013 [cookie429] |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 01/23/2013 | Epub Dump - 11th January 2013 [cookie429] |
| 01/23/2013 | X-Men Legacy (2008) |
| 01/23/2013 | Epub Dump - 13th January 2013 [cookie429] |
| 01/23/2013 | Epub Dump - 14th January 2013 [cookie429] |
| 01/22/2013 | prnfle1257x.mp4 |
| 01/22/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/22/2013 | Mira.Yoga.Master.and.Teacher.XArt.2013.HD_iyutero.com.wmv |
| 01/22/2013 | Boiling Up_950.mp4 |
| 01/22/2013 | Mushroomhead - XIII [2003] |
| 01/22/2013 | rubateen_elysee_full.mp4 |
| 01/22/2013 | Real.Female.Orgasms.13.XXX.DVDRip |
| 01/22/2013 | ORGASMSxxx Still Got It Silvia LaureN 14.01 720 |
| 01/22/2013 | X-Art - Want You (2013) [1080p].mov |
| 01/22/2013 | Mastering the Art of French Cooking.pdf |
| 01/22/2013 | s1271_ensuite_heat_720.mov |
| 01/22/2013 | Babes - All Night Long - Tiffany Fox [1080p].mp4 |
| 01/22/2013 | Pure_Lust_1280x720.mov |
| 01/22/2013 | Sensual Yoga_750.mp4 |
| 01/22/2013 | X-Art.13.01.15.Baby.Want.You.XXX.1080p.MOV |
| 01/22/2013 | 14.01.14.Jessi Palmer_Babes_ImgZilla.mp4 |
| 01/22/2013 | babes_bg_presley_hart_1080p_6000.mp4 |
| 01/22/2013 | Rosanna.Nice.To.Bone.You.RubATeen.2013_iyutero.com.mp4 |
| 01/22/2013 | 13.01.21.Veronica Rodriguez_Babes.mp4 |
| 01/22/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/22/2013 | Tiger.Tom.The.Japanese.Girl.Next.Door.Orgasms.2013.HD_iyutero.com.mov |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 01/22/2013 | Sun and Fun_original.wmv |
| 01/22/2013 | Real.Female.Orgasms.9.XXX |
| 01/22/2013 | 70prmo HKcedNo.1 |
| 01/12/2013 | The Sorcerer and the White Snake 2011 BrRip 1080p x264 [Dual-Audio] Mandarin[6ch]-Hindi NimitMak SilverRG |
| 01/10/2013 | Epub Dump - 9th January 2013 [cookie429] |
| 01/10/2013 | Epub Dump - 10th January 2013 [cookie429] |
| 01/10/2013 | Robert Jordan-Wheel of Time #14-A Memory of Light(2013)Epub,Mobi |
| 01/08/2013 | Epub Dump - 7th January 2013 [cookie429] |
| 01/08/2013 | FHM Erotica - Ladies Confessions Special (Vol.2) |
| 01/08/2013 | FHM Erotica - Ladies Confessions Special (Vol.1) |
| 01/08/2013 | 18xgirls_Kani_Lustful_Kani_Gets_Drilled_Up_Nicely.wmv |
| 01/07/2013 | Epub Dump - 6th January 2013 [cookie429] |
| 01/06/2013 | Sa.Javla.Metal.2011.DOCU.SWEDiSH.PAL.DVDR-TV2LAX9 |
| 01/06/2013 | 12.12.27.Angel_OrgasmsXXX_ImgZilla.mp4 |
| 01/06/2013 | 13.01.05.Gina_OrgasmsXXX_ImgZilla.mov |
| 01/06/2013 | s1259_honey_pot_720.mov |
| 01/06/2013 | Baby.Together.Again.XArt.2012.FullHD_iyutero.com.mp4 |
| 01/06/2013 | 12.12.22.Jessie_OrgasmsXXX_ImgZilla.mov |
| 01/06/2013 | 13.01.01.Jessica F_OrgasmsXXX_ImgZilla.mov |
| 01/06/2013 | AnyDVD and AnyDVD HD v7.1.2.0 FINAL + Crack [ChattChitto RG] |
| 01/05/2013 | Dr.Dre Discography @320 (11 Albums)(RAP)(by dragan09) |
| 01/04/2013 | Taken.2.2012.UNRATED.EXTENDED.720p.BluRay.x264-DAA [PublicHD] |
| 01/04/2013 | CompTIA Network+ Training Kit (Exam N10-005) |
| 01/04/2013 | [ www.UsaBit.com ] - Taken 2 (2012) UNRATED EXTENDED BluRay 1080p 5.1CH x264 Ganool.mkv |
| 01/04/2013 | Epub Dump - 3rd January 2013 |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 01/03/2013 | CompTIA Networkplus Training Kit Exam N10-005 V413HAV |
| 01/03/2013 | Rogue_river_2012g.avi |
| 01/03/2013 | Paranormalnoe.yavlenie.4.2012.D.CAMRip.1400MB.avi |
| 01/03/2013 | [TeenSexMovs.com] Kani (07.05.2011) (2011) HDTV.wmv |
| 01/03/2013 | STAGE LACROIX |
| 01/03/2013 | www.torrent.to...Ancient.Aliens.Unerklaerliche.Phaenomene.S04E06.Die.Ruinen.von.Puma.Punku.GERMAN.DUBBED.DOKU.WS.HDTVRip.XviD-TVP |
| 01/03/2013 | CompTIA Aplus Training Kit Exam 220-801 And Exam 220-802 V413HAV |
| 01/03/2013 | Rurouni.Kenshin.2012.BRRip.Xvid-DiN |
| 01/02/2013 | God_Of_War_03__2010.cbr |
| 01/02/2013 | Der.Kaufhaus.Cop.WORKPRiNT.MD.German.XViD-NTG |
| 01/02/2013 | 18OnlyGirls - Massage Me Inside - Kani [1080p].mp4 |
| 01/02/2013 | TSM_Kani_150_rip_012_.wmv |
| 01/02/2013 | God_Of_War_01__2010.cbr |
| 01/02/2013 | God_Of_War_02__2010.cbr |
| 01/02/2013 | phdv_kani_121030.mp4 |
| 12/31/2012 | Hong Men Yan (2011) White Vengeance NTSC (Ned Eng Subs)TBS |
| 12/31/2012 | RubATeen.12.11.10.Jade.Down.To.Fuck.XXX.1080p.MP4-KTR[rbg] |
| 12/31/2012 | Ajenda.Where.Does.It.Hurt.RubATeen.2012_iyutero.com.wmv |
| 12/31/2012 | Avina.Redhead.Rubdown.RubATeen.2012_iyutero.com.wmv |
| 12/31/2012 | Lucy.Just.What.She.Needed.RubATeen.2012_iyutero.com.mp4 |
| 12/31/2012 | The.Amazing.Spider-Man.#700.2012.Final.Issue.Digital.Comic.cbz |
| 12/31/2012 | rubateen_aline_full_hi_720hd.mp4 |
| 12/31/2012 | rubateen_kani_full_hi_720hd.mp4 |
| 12/31/2012 | Summer Passion_950.mp4 |
| 12/31/2012 | Passion-HD - Blissful Dream - Jasmine.mp4 |

EXHIBIT C

EPA137