| Hit Date UTC | Filename |
|---|---|
| 12/31/2012 | Passion-HD  Dirty Diary  Ella |
| 12/31/2012 | rubateen_meddie_full_hi_720hd.mp4 |
| 12/31/2012 | Passion-HD - Jasmine - Blissful Dream 950 xXx.mp4 |
| 12/31/2012 | Sony Movie Studio Platinum 12.0.576 Multilingual + Keygen + Reg |
| 12/31/2012 | Passion-HD  Tasha Reign mp4 |
| 12/30/2012 | rubateen_faina_full_med.wmv |
| 12/30/2012 | 12.11.17.Aglaya_RubATeen_ImgZilla.mp4 |
| 12/30/2012 | Epub Dump - 29th December 2012 |
| 12/30/2012 | Chi.Chi.Medina.Tasty.and.Tiny.ExxxtraSmall.2012.HD_iyutero.com.mp4 |
| 12/30/2012 | rubateen_hailey_full_hi.mp4 |
| 12/30/2012 | RubATeen  Anfisa mp4 |
| 12/30/2012 | The.Amazing.Spiderman.2012.iNTERNAL.REPACK.720p.BluRay.x264-BRHD [PublicHD] |
| 12/29/2012 | Leawo Total Video Converter Ultimate 6.0.0.0+crack.waqarr |
| 12/29/2012 | The Flying Swords of Dragon Gate (2011) NTSC (Dutch English Subs)TBS |
| 12/28/2012 | Angel.George.Massage.Rooms.Orgasms.2012_iyutero.com.mov |
| 12/28/2012 | Beauty Angels - Meddie HD 720p |
| 12/28/2012 | Carly Rose Sonenclar and The X Factor |
| 12/28/2012 | Epub Dump - 25th December 2012 |
| 12/28/2012 | x-art_baby_together_again_1080.mp4 |
| 12/28/2012 | Sunset_Sex_1280x720.mov |
| 12/28/2012 | Kani_Rub_A_Teen_Was_that_extra.mp4 |
| 12/28/2012 | 47tai2  HKcedNo.1 |
| 12/28/2012 | teamskeetextras_christina_jolie_full_med.wmv |
| 12/27/2012 | Epub Dump - 23rd December 2012 |
| 12/27/2012 | Hit.The.Road.XXX.720p.BluRay.x264-Jiggly[rbg] |

EXHIBIT C
EPA137

| Hit Date UTC | Filename |
|---|---|
| 12/27/2012 | Epub Dump - 24th December 2012 |
| 12/26/2012 | Xilisoft.Video.Converter.Ultimate.v7.6.0.20121217.Multilingual.mundomanuales.com.rar |
| 12/26/2012 | Any Video Converter Ultimate 4.5.7 (cracked dll) [Khalid07] |
| 12/26/2012 | Hit.The.Road.XXX.1080p.BluRay.x264-Jiggly[rbg] |
| 12/26/2012 | Dredd.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/26/2012 | bit |
| 12/26/2012 | TeamSkeet  A Reoccuring Theme  Valentina |
| 12/26/2012 | The.Assassins.2012.720p.BluRay.x264.2Audio.AC3-HDChina [PublicHD] |
| 12/26/2012 | Xilisoft Video Converter Ultimate v7.7.0 |
| 12/25/2012 | Tai Chi Zero (2012) DVDrip (xvid) NL Subs. DMT |
| 12/25/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/25/2012 | www.torrent.to...Der.Vorname.2012.BDRip.AC3.German.XviD-KOC |
| 12/25/2012 | Orgasms - Jessie |
| 12/25/2012 | Selena.Rose.Morning.Rendezvous.Babes.2012.FullHD_iyutero.com.mp4 |
| 12/25/2012 | Babes.12.12.24.Macy.Cartel.Merry.Christmas.My.Love.XXX.1080p.MP4-IEVA[rbg] |
| 12/24/2012 | Tai.Chi.Hero.2012.BluRay.720p.DTS.x264-CHD [PublicHD] |
| 12/23/2012 | Epub Dump - 22nd December 2012 |
| 12/22/2012 | The_Assassin_and_the_Empire.epub |
| 12/22/2012 | Epub Dump - 21st December 2012 |
| 12/21/2012 | AVG Internet Security 2013 13.2741 Build 5824 (x86x64) + Key Full |
| 12/21/2012 | Epub Dump - 20th December 2012 |
| 12/21/2012 | The X Factor US S02E26 HDTV x264-2HD[ettv] |
| 12/21/2012 | Try |
| 12/20/2012 | X Factor USA - Carly Rose Sonenclar.rar |
| 12/20/2012 | Epub Dump - 18th December 2012 |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 12/20/2012 | s1257_3_30_am_sd.mov |
| 12/20/2012 | hasse and tage (lindeman) klassiker |
| 12/20/2012 | Carly Rose Sonenclar |
| 12/20/2012 | Gianna.A.Love.Story.XArt.2012.HD_iyutero.com.mov |
| 12/20/2012 | Epub Dump - 19th December 2012 |
| 12/18/2012 | WS.8.EER1.32b.iso |
| 12/18/2012 | Epub Dump - 16th December 2012 |
| 12/15/2012 | Consumer Reports January 2013 |
| 12/15/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/15/2012 | Passion For Roses_950.mp4 |
| 12/15/2012 | Epub Dump - 13th December 2012 |
| 12/13/2012 | Epub Dump - 12th December 2012 |
| 12/13/2012 | Looper.2012.1080p.BluRay.x264-SPARKS |
| 12/13/2012 | Looper.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/11/2012 | Robert Jordan's Wheel of Time |
| 12/10/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/10/2012 | Orgasms.12.11.29.Aleska.Lakeside.XXX.1080p.MP4-KTR[rbg] |
| 12/10/2012 | 12.12.08.Sandra_OrgasmsXXX.mov |
| 12/10/2012 | Passion-HD - Stairway to Bliss - Casana.mp4 |
| 12/10/2012 | Assassin_s Creed - The Chain (2012).cbr |
| 12/10/2012 | Passion-HD - The Deep End - Dani.mp4 |
| 12/10/2012 | Young_Passion_1280x720.mov |
| 12/10/2012 | SexArt_2012-12-09_Mizu_Marica-Hase--Michael-Vegas_by_Bo-Llanberris-720.mp4 |
| 12/10/2012 | x-art_kaylee_waterfall_emotions_720.wmv |
| 12/10/2012 | WickedPictures.12.07.25.Let.me.taste.your.cum.compilation.XXX.MP4-MiFuC[rbg] |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 12/10/2012 | Passion-HD - Booty Call - Audrey Bitoni.mp4 |
| 12/10/2012 | 12.12.07.Alisson_Babes_ImgZilla.mp4 |
| 12/07/2012 | MICROSOFT OFFICE PROFESSIONAL PLUS 2013 X64 ENGLISH DVD-MSDN |
| 12/07/2012 | Office Professional Plus 2013 (x64) Final MSDN+activator.waqarr |
| 12/06/2012 | AVG Internet Security 2013 13.2741 Build 5824 (x86x64) + Key Full |
| 12/05/2012 | Halo Books.rar |
| 12/05/2012 | Bleach Movie 4 720p |
| 12/05/2012 | Ultimate Spider-Man 01-17 |
| 12/04/2012 | Jodi.Taylor.Azure.Babes.2012.FullHD_iyutero.com.mp4 |
| 12/03/2012 | HARDDISK  + Removable Media Recovery - CDRoller V 9.40.60.txt.rar |
| 12/03/2012 | Angelica.Inside.Perfection.X.Art.2012.HD_iyutero.com.wmv |
| 12/03/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR |
| 12/03/2012 | Tiffany.Brookes.Honeymoon.Babes.2012.FullHD_iyutero.com.mp4 |
| 12/03/2012 | X-Art.12.11.27.Gianna.Prelude.To.Passion.XXX.1080p.MOV-SEXORS[rbg] |
| 12/03/2012 | 80s Revolution Euro Disco Vol.1 (2012) [WwW.LoKoTorrents.CoM] |
| 11/30/2012 | DriverPack Solution 12.3 R271 x86x64 (11-2012) @ Only By THE RAIN {HKRG} |
| 11/29/2012 | The.Bourne.Legacy.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 11/28/2012 | Silver Surfer - In Thy Name (2007) #1 to #4 .cbr |
| 11/27/2012 | Epub Dump - 26th November 2012 |
| 11/26/2012 | 12.11.19.Jonni Hennessy_Babes_ImgZilla.mp4 |
| 11/26/2012 | Other People's Love Letters 150 Letters You Were Never Meant to See (Epub) -Mantesh |
| 11/25/2012 | Orgasms.Nessy.All.Over.You.XXX.pornalized.mov |
| 11/25/2012 | Orgasms.12.11.24.Ivy.Play.Things.XXX.1080p.MP4-KTR[rbg] |
| 11/25/2012 | Babes_Tiffany_Thompson_Teenage_Romance_720p.mp4 |
| 11/25/2012 | X-Art  Tarde Espanola  Addison |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 11/25/2012 | x-art_connie_heart_and_soul_540.mov |
| 11/21/2012 | Ebooks - New Releases 23 |
| 11/20/2012 | Epub Dump - 18th November 2012 |
| 11/20/2012 | Epub Dump - 17th November 2012 |
| 11/19/2012 | The 2nd Law (Deluxe Edition) |
| 11/19/2012 | [www.Cpasbien.me] Rihanna - Unapologetic (Deluxe Edition) |
| 11/18/2012 | PornPros.12.10.26.Bedroom.Lust.Dillion.Harper.XXX.HR.MP4-MiFuC |
| 11/18/2012 | TuneUp Utilities 2013 v13.0.2013.194 Including Crack + Key [h33t][iahq76] |
| 11/18/2012 | Dillion Harper - Bedroom Lust HD720p (reshi5531) |
| 11/18/2012 | 12.11.09.Vanessa Sixxx_18YearsOld_ImgZilla.mp4 |
| 11/17/2012 | Epub Dump - 9th November 2012 |
| 11/17/2012 | Halo.4.Forward.Unto.Dawn.2012.BDRip.XviD-GECKOS |
| 11/17/2012 | Epub Dump - 11th November 2012 |
| 11/17/2012 | The.Voice USA 2012 ( MP3s ) S0318 - 19 - 20 |
| 11/17/2012 | Halo.4.Forward.Unto.Dawn.2012.720p.BluRay.x264-GECKOS [PublicHD] |
| 11/17/2012 | The.Dark.Knight.Rises.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 11/17/2012 | SKYFALL (2012) DD5.1 HD1080pCAM2DVD (Nl subs) B-Sam |
| 11/17/2012 | Epub Dump - 12th November 2012 |
| 11/17/2012 | Justin Bieber ft. Nicki Minaj - Beauty And A Beat.mp3 |
| 11/17/2012 | Epub Dump - 10th November 2012 |
| 11/17/2012 | The.Voice USA 2012 ( MP3s ) S0316 - 17 |
| 11/16/2012 | Adelle - Skyfall (2012-Single) |
| 11/16/2012 | Rihanna - Diamonds.mp3 |
| 11/16/2012 | Bruno Mars - Locked Out Of Heaven.mp3 |
| 11/16/2012 | Of Monsters And Men - Little Talks.mp3 |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 11/13/2012 | 23rd October 2012 - Epub Dump |
| 11/13/2012 | 22nd October 2012 - Epub Dump |
| 11/13/2012 | 3rd October 2012 - Epub Dump |
| 11/13/2012 | Epub Dump - 29th October 2012 |
| 11/13/2012 | 21th October 2012 - Epub Dump |
| 11/12/2012 | [Daman] Sengoku Basara The Last Party |
| 11/11/2012 | X-Art  Vacation Fantasy  Susie |
| 11/10/2012 | 12.11.05.Megan Coxx_Babes_ImgZilla.mp4 |
| 11/10/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 11/10/2012 | Babes.12.11.06.Denisa.Heaven.A.Long.Deep.Moan.XXX.1080p.MP4-KTR[rbg] |
| 11/10/2012 | Orgasms - Little Angel - Jessica [720p].mov |
| 11/10/2012 | Babes - The Perfect Couple - Holly Michaels [1080p].mp4 |
| 11/10/2012 | 12.11.09.Teal Conrad_Babes_ImgZilla.mp4 |
| 11/09/2012 | VA - Disco Remix Hits Best Of The Best (2012)[Mp3][www.lokotorrents.com] |
| 11/07/2012 | Windows 8 Permanent Activator v2012-11-05 - CODE3H |
| 11/07/2012 | Tune-Up Utilities 2010 RoRO |
| 11/07/2012 | The.Innocence.Of.Youth.3.XXX.DVDRip.XviD-STARLETS |
| 11/07/2012 | Windows 8 AIO 9in1 NetFX 3 x64 Nov4 2012 |
| 11/07/2012 | 9200.16384.120725-1247_ProWMC_HRM_CCSA_X64FRE_EN-US_DVD.iso |
| 11/07/2012 | Windows 8 Loader v.120810 all versions |
| 11/07/2012 | Fun. - Some Nights.mp3 |
| 11/07/2012 | The Script - Hall of Fame (feat. will.i.am) [Single] [OrangeX] |
| 11/07/2012 | Windows 8 Permanent Activator.exe |
| 11/07/2012 | Karmin - Brokenhearted {2012-Single} [NL] |
| 11/07/2012 | windows 8x86x64 aio |

EXHIBIT C

EPA137

| Hit Date UTC | Filename |
|---|---|
| 11/06/2012 | The Girls of Nuts 2012 - What a Body Shape |
| 11/06/2012 | Epub Dump - 1st November 2012 |
| 11/06/2012 | Orson Scott Card - Pathfinder (ePub mobi) |
| 11/06/2012 | SuperSex Best Sex Positions and Tips 52 Ways to Please and Tease |
| 11/06/2012 | Superman_-_Earth_One_Volume_Two_(2012)_(Hul-konnen-DCP).cbr |
| 11/06/2012 | Epub Dump - 31st October 2012 |
| 11/05/2012 | Ultimate Comics Iron Man 001 (2012) (digital-TheGroup).cbr |
| 11/03/2012 | The Last Man - Vince Flynn.mobi |
| 11/03/2012 | VA - Best of Bond...James Bond 50 Years - [2CD] [50 Tracks] [2012]-wAx |
| 11/03/2012 | Herbie Brennan - The Faerie Wars Chronicles |
| 11/03/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/02/2012 | Babes Jenna.Ross |
| 11/02/2012 | WWE.Friday.Night.Smackdown.2012.10.12.HDTV.x264-Ebi |
| 11/02/2012 | VA - Club and Dance Vol. 8  @llan |
| 11/02/2012 | X-Art - Ibiza Love - Gianna [720p].mp4 |
| 11/02/2012 | 25th October 2012 - Epub Dump |
| 11/02/2012 | Stevie's Love with Stevie Shae HD720p (reshi5531) |

EXHIBIT C

EPA137

**EXCULPATORY EVIDENCE REQUEST**

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

    A. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    B. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    C._____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

EXHIBIT D

EPA137

    D._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES    NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES    NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

EPA137

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO


10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO




_____
Signed

_____
Date